IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01274-REB-MEH

BENJAMIN BURLINSON,

    Plaintiff,

v.

WELLS FARGO BANK N.A., as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT3,
ERICKA D. OLSON, Reg. No. 37897,
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, and
PATRICIA THOMPSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2008.**

    The "Joint" Motion of All Defendants for Partial Stay of Proceedings [filed August 26, 2008; docket #21] is hereby **stricken** for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail).