IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01274-REB-MEH

BENJAMIN BURLINSON,

    Plaintiff,

v.

WELLS FARGO BANK N.A., as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT3,
ERICKA D. OLSON, Reg. No. 37897,
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, and
PATRICIA THOMPSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2008.**

    Defendants' Unopposed Motion to Change Scheduling Conference to Status Conference [filed September 10, 2008; docket #30] is **granted**. The Scheduling Conference currently set for September 17, 2008 is hereby converted to a Status Conference. The parties shall be prepared to discuss the pending Unopposed Motion for Partial Stay of Proceedings [docket #29].