IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01274-REB-MEH

BENJAMIN BURLINSON,

    Plaintiff,

v.

WELLS FARGO BANK N.A., as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT3,
ERICKA D. OLSON, Reg. No. 37897,
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, and
PATRICIA THOMPSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2008.**

    Defendant Wells Fargo's unopposed[1] Motion for Leave to Amend Answer and Counterclaim [filed October 31, 2008; docket #67] is **granted**. The Amended Answer and Counterclaim is accepted as tendered [docket #69]. Plaintiff shall respond to the counterclaim in accordance with Fed. R. Civ. P. 15(a) **on or before December 10, 2008**.

---

[1] This Court ordered Plaintiff to respond to the motion on or before November 20, 2008; however, no response has been filed.