IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01274-REB-MEH

BENJAMIN BURLINSON,

    Plaintiff,

v.

WELLS FARGO BANK N.A., as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-Backed Certificates, Series 2006-OPT3,
ERICKA D. OLSON, Reg. No. 37897,
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC, and
PATRICIA THOMPSON,

    Defendants.

## ORDER RELEASING NOTICE OF LIS PENDENS

**Michael E. Hegarty, United States Magistrate Judge**.

Wells Fargo's Unopposed Motion for Release of Notice of Lis Pendens [filed March 27, 2009; docket #80] is **granted**. The Court, being fully advised in the premises, hereby

ORDERS that the Notice of Lis Pendens recorded June 30, 2008 at Reception No. 208074018, El Paso County, Colorado, affecting or purporting to affect the following real property: Lot 20, Fairfax Station Filing No. 2, El Paso County, Colorado, also known and numbered 5093 Oyster Bay Drive, Colorado Springs, Colorado 80920 is hereby RELEASED AND DISCHARGED.

Dated at Denver, Colorado, this 27th day of March, 2009.

                                        BY THE COURT:

                                        s/ Michael E. Hegarty
                                        Michael E. Hegarty
                                        United States Magistrate Judge