**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01274-REB-MEH

BENJAMIN BURLINSON,

      Plaintiff,

v.

WELLS FARGO BANK N.A., as Trustee for ABFC 2006-OPT3 Trust, ABFC Asset-
Backed Certificates, Series 2006-OPT3,
ERICKA D. OLSON, Reg. No. 37897,
THE LAW FIRM OF CASTLE, MEINHOLD & STAWIARSKI, LLC, and
PATRICIA THOMPSON,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is **Wells Fargo's Unopposed Motion To Dismiss With Prejudice** [#86] filed April 15, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Wells Fargo's Unopposed Motion To Dismiss With Prejudice** [#86] filed April 15, 2009, is **GRANTED**;

      2.  That the Trial Preparation Conference set for June 19, 2009, is **VACATED**;

      3.  That the jury trial set to commence July 6, 2009, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 15, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge